IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EAGLE SEVEN, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-04499 |
| v. | ) | |
| | ) | Honorable Matthew F. Kennelly |
| EMILIO VALENTINE and | ) | |
| MATTHEW WOJCIK, | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Eagle Seven, LLC, and Defendants, Emilio Valentine and Matthew Wojcik (collectively, the "Parties"), hereby stipulate to the dismissal of this case, including all claims and counter-claims, with prejudice. In addition, Eagle Seven changes its previous dismissal against Osty without prejudice into a dismissal with prejudice. The Parties further stipulate that each party shall bear its or his own costs and attorneys' fees.

Dated: December 5, 2024

Respectfully submitted,

By: */s/ Edward C. Young*
FOR PLAINTIFF EAGLE SEVEN, LLC
Steven J. Pearlman, Esq.
Edward C. Young, Esq.
Proskauer Rose LLP
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
E: spearlman@proskauer.com
E: eyoung@proskauer.com

By: */s/ Thomas C. Koessl*
FOR DEFENDANTS VALENTINE AND WOJCIK
Thomas C. Koessl, Esq.
Williams, Bax & Saltzman, P.C.
221 N. LaSalle St., Suite 3700
Chicago, IL 60601
d 312-372-3311
f 312-372-5720
E: koessl@wbs-law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 5, 2024 the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System, and notice was provided to:

Thomas C. Koessl
Williams, Bax & Saltzman, P.C.
221 N. LaSalle St., Suite 3700
Chicago, IL 60601
E: koessl@wbs-law.com

Daryl M. Schumacher
Kopecky Schumacher Rosenburg LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
dschumacher@ksrlaw.com

*/s/ Edward C. Young*
Edward C. Young